No. D–1759. IN RE DISBARMENT OF PLUST. Disbarment entered. [For earlier order herein, see 519 U. S. 1037.]

No. D–1762. IN RE DISBARMENT OF PAYNE. Disbarment entered. [For earlier order herein, see 519 U. S. 1053.]

No. D–1763. IN RE DISBARMENT OF ELLIS. Disbarment entered. [For earlier order herein, see 519 U. S. 1075.]

No. D–1767. IN RE DISBARMENT OF DONNELLON. Disbarment entered. [For earlier order herein, see 519 U. S. 1088.]

No. D–1797. IN RE DISBARMENT OF REED. Norman Joseph Reed, of Las Vegas, Nev., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1798. IN RE DISBARMENT OF SLOBODA. Joseph Dominic Sloboda, of Miami Beach, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1799. IN RE DISBARMENT OF BENDET. Mark Bendet, of Paterson, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1800. IN RE DISBARMENT OF FRYE. John Rich Frye, Jr., of Corpus Christi, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1801. IN RE DISBARMENT OF SCHWARTZ. Martin Louis Schwartz, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.